UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778

JOSEPH PORTO,

                          Plaintiff,

    v.


ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL
CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF
HARRISON, New York,

                          Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York. On 5/23/08 at 12:30 p.m.    _deponent did
serve the within process as follows:_

Process Served: Summons, Complaint and Electronic filing rules

Party Served: ANTHONY MARRACCINI

At Location: 650 North Street, Harrison, New York

   By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to
   be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
   electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
   "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
   Post Office in the State of New York.


          A description of the person served, or spoken to is as follows:
          Sex M                    Age 35-50                    Weight 250
          Color of Skin WH         Height 5'10"                 Color of Hair  Blondish/Salt&Pepper
          Other Features  - glasses


                                                    _Jan deMan Jr._

Sworn to before me this
27  23rd day of May, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778

JOSEPH PORTO,

                              Plaintiff,

    v.


ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF HARRISON, New York,

                              Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 5/23/08 at 12:30 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: EDWARD LUCAS

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.


        A description of the person served, or spoken to is as follows:
        Sex M              Age 35-50              Weight 250
        Color of Skin WH    Height 5'10"          Color of Hair  Blondish/Salt&Pepper
        Other Features  - glasses

                                        Jan deMan Jr.

Sworn to before me this
27 23rd day of May, 2008

Notary Public

A... ..3. FRANK
Notary Public, State of New York
No. 01FR5022349
Qualified in Westchester County
Commission Expires January 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778


JOSEPH PORTO,

                                    Plaintiff,

   v.


ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF HARRISON, New York,

                                    Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York .On 5/23/08 at 12:30 p.m.    .deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: RICHARD LIGHT

At Location: 650 North Street, Harrison, New York

   By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.


   A description of the person served, or spoken to is as follows:

| | | |
|---|---|---|
| Sex M | Age 35-50 | Weight 250 |
| Color of Skin WH | Height 5'10" | Color of Hair  Blondish/Salt&Pepper |
| Other Features  - glasses | | |

Jan deMan Jr.


Sworn to before me this
27 .23rd day of May, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20/0

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778


JOSEPH PORTO,

                                        Plaintiff,

     v.


ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL
CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF
HARRISON, New York,

                                        Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York. On 5/23/08 at 12:30 p.m.     _deponent did_
_serve the within process as follows:_

Process Served: Summons, Complaint and Electronic filing rules

Party Served: PAUL CUZZAPOLI

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to
    be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
    electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
    "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
    Post Office in the State of New York.


        A description of the person served, or spoken to is as follows:
        Sex M                Age 35-50                          Weight 250
        Color of Skin WH     Height 5'10"                       Color of Hair  Blondish/Salt&Pepper
        Other Features  - glasses


                                                        _Jan deMan Jr._
                                                        Jan deMan Jr.

Sworn to before me this
27  23rd day of May, 2008

_Ann B. Frank_
Notary Public

    **ANN B. FRANK**
Notary Public, State of New York
    No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778


JOSEPH PORTO,

                              Plaintiff,

    v.


ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF HARRISON, New York,

                              Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 5/23/08 at 12:30 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: TOWN.VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

   By delivering to and leaving with  B. Reames, secretary to Town Supervisor and that deponent knew the person so served to be  B. Reames and authorized to accept service.



          A description of the person served, or spoken to is as follows:
          Sex F              Age 55-65        Weight 120
          Color of Skin WH   Height   5'3"    Color of Hair  Blond
          Other Features  - glasses


                                             Jan deMan Jr.

27  Sworn to before me this
    23rd day of May, 2008

    Notary Public


        ANN b. FRANK
   Notary Public, State of New York
        No. 01FR5022348
   Qualified in Westchester County
   Commission Expires January 10, 20 10