UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778

JOSEPH PORTO,

                              Plaintiff,

    v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL
CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF
HARRISON, New York,

                              Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York .On 5/23/08 at 12:30 p.m.      deponent did
serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: ANTHONY MARRACCINI

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to
    be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
    electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
    "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
    Post Office in the State of New York.


        A description of the person served, or spoken to is as follows:
        Sex M              Age 35-50                    Weight 250
        Color of Skin WH   Height 5'10"                 Color of Hair  Blondish/Salt&Pepper
        Other Features  - glasses


                                          Jan deMan Jr.

Sworn to before me this
27  23rd day of May, 2008

Notary Public

        ANN B. FRANK
Notary Public, State of New York
        No. 01FR5022348
    Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778

JOSEPH PORTO,

                              Plaintiff,

  v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL
CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF
HARRISON, New York,

                              Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of
age and resides in the State of New York  On 5/23/08 at 12:30 p.m.      .deponent did
serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: EDWARD LUCAS

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to
    be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and
    electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked
    "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
    Post Office in the State of New York.


        A description of the person served, or spoken to is as follows:
        Sex M                  Age 35-50                            Weight 250
        Color of Skin WH       Height 5'10"                         Color of Hair  Blondish/Salt&Pepper
        Other Features  - glasses


                                                      Jan deMan Jr.

Sworn to before me this
27 23rd day of May, 2008

Notary Public

AN... B. FRANK
Notary Public, State of New York
No. 01FR5022343
Qualified in Westchester County
Commission Expires January 1(     ) 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778

JOSEPH PORTO,

                        Plaintiff,

v.


ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF HARRISON, New York,

                        Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York .On 5/23/08 at 12:30 p.m.     ,deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: RICHARD LIGHT

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.


         A description of the person served, or spoken to is as follows:
| | | |
|---|---|---|
| Sex M | Age 35-50 | Weight 250 |
| Color of Skin WH | Height 5'10" | Color of Hair  Blondish/Salt&Pepper |
| Other Features  - glasses | | |

                                  _Jan deMan Jr._

Sworn to before me this
27 23rd day of May, 2008

_Notary Public_

**ANN B. FRANK**
**Notary Public, State of New York**
**No. 01FR5022348**
**Qualified in Westchester County**
**Commission Expires January 10, 2010**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778

JOSEPH PORTO,

                                    Plaintiff,

    v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF HARRISON, New York,

                                    Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/23/08 at 12:30 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: PAUL CUZZAPOLI

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Connors, Badge 28, and that deponent knew the person so served to be Sergeant Connors and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the person served, or spoken to is as follows:
        Sex M                    Age 35-50                        Weight 250
        Color of Skin WH          Height 5'10"                    Color of Hair  Blondish/Salt&Pepper
        Other Features  - glasses

_Jan deMan Jr._

Sworn to before me this
23rd day of May, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified In Westchester County
Commission Expires January 10, 2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4778

JOSEPH PORTO,

                           Plaintiff,

   v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, RICHARD LIGHT, individually, PAUL CUZZAPOLI, individually, POLICE OFFICERS JOHN DOE #1 to #10, individually, and the TOWN/VILLAGE OF HARRISON, New York,

                           Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 5/23/08 at 12:30 p.m.      deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: TOWN.VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

   By delivering to and leaving with  B. Reames, secretary to Town Supervisor and that deponent knew the person so served to be  B. Reames and authorized to accept service.

   A description of the person served, or spoken to is as follows:
   Sex F              Age 55-65        Weight 120
   Color of Skin WH     Height   5'3"     Color of Hair  Blond
   Other Features  - glasses

                                        _Jan deMan Jr._
                                        Jan deMan Jr.

Sworn to before me this
23rd day of May, 2008

_Notary Public_

          ANN D. FRANK
   Notary Public, State of New York
          No. 01FR5022348
      Qualified in Westchester County
Commission Expires January 10, 20 10